THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JERRY CONNOR, Defendant-Appellant.

(No. 60081;

First District (4th Division)—March 12, 1975.

Opinion by Mr. JUSTICE JOHNSON.

James J. Doherty, Public Defender, of Chicago (Gail Moreland and Ronald P. Alwin, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* RAUL. CASILLAS, Petitioner-Appellant.

(No. 59333;

First District (4th Division)—March 12, 1975.